IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VINCENT CREPPEL**   **PETITIONER**

v.   **CIVIL NO. 1:17cv155-HSO-FKB**

**JACQUELYN BANKS**   **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [14] of United States Magistrate Judge F. Keith Ball, entered in this case on May 2, 2018, and Respondent Jacquelyn Banks' Motion to Dismiss [9] filed on October 11, 2017. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [14], the Petition [1], Respondent's Motion [9], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 1st day of June, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE